FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

00 MAY 15 PM 4:44

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

PHILLIP A. MANUEL,

    Plaintiff,

v.                                                   Case No. 98-1514-CIV-T-23B

AMERICAN UNITED LIFE
INSURANCE COMPANY, et al.,

    Defendants.
_____/

### MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on May 1, 2000 with additional discussions thereafter. Plaintiff and his trial counsel and Defendants' corporate representatives and trial counsel attended and participated. Each representative possessed the requisite settlement authority.

The case has been completely settled. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08.

Done May 12, 2000 in Tampa, Florida.

                                  Respectfully submitted,

                                  Peter J. Grilli, Esq.
                                  Florida Bar No. 237851
                                  Mediator
                                  Peter J. Grilli, P.A.
                                  Post Office Box 953
                                  Tampa, Florida  33601-0953
                                  (813) 221-4515
                                  Fax:  (813) 228-9316

cc:  Counsel of Record